In the Matter of the Accounting of CHARLES FROELICH, as Substituted Trustee under the Will of ANDREW FROELICH, Deceased, Respondent and Appellant.

CAROLINE WOLF, Appellant and Respondent.

*Matter of Froelich,* 122 App. Div. 440, affirmed. (Argued May 18, 1908; decided June 2, 1908.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 29, 1907, which modified and affirmed as modified a decree of the Kings County Surrogate's Court settling the

accounts of Charles Froelich as substituted trustee under the will of Andrew Froelich, deceased.

*Joseph M. Gazzam, Jr.,* and *Darwin J. Meserole* for Caroline Wolf, appellant and respondent.

*James Troy* and *John E. Bullwinkel* for Charles Froelich, as trustee, respondent and appellant.

Order affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.